N.E.2d 247; *Indiana State Highway Commission v. Thomas* (1976), 169 Ind.App. 13, 346 N.E.2d 252; *Ind. Rules of Procedure, Trial Rule* 59(B), (G).

Secondly, we were influenced by our legislature's clear intent that property distributions are final subject only to a timely appeal (absent a showing of fraud). *See Covalt v. Covalt* (1976), 171 Ind.App. 37, 354 N.E.2d 766. By filing a timely motion to correct errors directed to the property award, Artemio successfully preserved the only avenue for a review thereof. The principle of finality in a property disposition award could be eroded, however, if the result of an *independent* procedural attack on the decree could be alleged as grounds for error in the property award for the first time on appeal.

With this further elaboration, the petition for rehearing is in all respects denied.

Lowdermilk, P.J. and Lybrook, J., concur.

NOTE — Reported at 390 N.E.2d 695.

PARK 100 DEVELOPMENT *v.* INDIANA DEPARTMENT OF STATE REVENUE

[No. 1-578A133. Filed April 24, 1979. Rehearing denied May 15, 1979. Transfer granted December 22, 1981.]